RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 7/23/09
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **RODERICK W. PARSONS** | **CIVIL DOCKET NO. 1:08-cv-01377** |
| -vs- | **JUDGE DRELL** |
| **HUEY P. LONG HOSPITAL, et al.** | **MAGISTRATE JUDGE KIRK** |

## RULING

We see before us a motion to dismiss (Doc #9) filed by the City of Alexandria and its Police Department, (improperly named as defendant) in this bizarre suit by the pro se plaintiff, Roderick W. Parsons. Parsons filed this action against a number of public entities and the claims made in the suit are incomprehensible. The action appears to request the opening of medical records from Huey P. Long Hospital, a local hospital under the state of Louisiana. How the City of Alexandria could be even remotely involved is neither alleged nor imaginable. The City has correctly briefed the issue and the motion is unopposed. Further exposition is not necessary. The failure by Plaintiff to state any claim upon which relief can be granted against the City of Alexandria (improperly characterized as the "Citizens of Alexandria" by Plaintiff) and the police

department of that city is clearly actionable under Fed. R. Civ. P Rule 12(b)(6).

The Motion to Dismiss will be granted by separate judgment.

SIGNED on this 23rd day of July, 2009, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE